UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUZIGUL NEMATOVA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, et al.,<br><br>    Defendants. | Case No. 21-cv-10051-TSH<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs Ruzigul Nematova and Alparslon Erkinov filed this case on December 28, 2021. To date, no proof of service of the summons and complaint has been filed. "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Accordingly, the Court **ORDERS** Plaintiffs to show cause, in writing and no later than May 5, 2022, why this case should not be dismissed for failure to serve within the time required by Rule 4(m).  <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiffs do not intend to prosecute, and the case will likely be dismissed without prejudice.</u>  Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: April 26, 2022

_____
THOMAS S. HIXSON
<<#>>United States Magistrate Judge